IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DERRELL K. JORDAN,

               Plaintiff,

     vs.

OMAHA PUBLIC POWER DISTRICT, a
Political Subdivision of the State of Nebraska;
and APTIM GOVERNMENT SOLUTIONS,
LLC,

              Defendants.

**8:23CV133**

**ORDER ON JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for both parties. Filing 56. The parties jointly seek dismissal of this case with prejudice with each party to bear its own costs. Filing 56 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 56, is accepted, and this case is dismissed with prejudice with each party to bear its own costs.

Dated this 18th day of November, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge